UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY HARRINGTON, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS OF MASSACHUSETTS,<br><br>    Defendant. | CA. No. 1:22-CV-12095-ADB |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(ii), the parties to this action hereby stipulate that all claims and causes of action asserted in this action by Plaintiff Mary Harrington ("Harrington") in her individual capacity are hereby dismissed without prejudice as to Harrington, and without prejudice as to the putative class on whose behalf Harrington purported to assert claims, without interest and without costs, and with all rights of appeal waived. Defendant The Standard Fire Insurance Company reserves its right to seek to recover costs in the event of a re-filing under Fed. R. Civ. P. 41(d).

Respectfully Submitted,

| | |
|---|---|
| The Plaintiff,<br>By her Attorneys, | The Defendant,<br>By Its Attorneys, |
| */s/ Kevin J. McCullough*<br>Kevin J. McCullough (BBO# 644480)<br>Robert J. Hartigan (BBO# 697304)<br>Kathryne D. Masson (BBO# 708406)<br>Mazow \| McCullough, PC<br>10 Derby Square, 4th Floor<br>Salem, MA 01970<br>Phone (978) 744-8000<br>kjm@helpinginjured.com<br>rjh@helpinginjured.com<br>kdm@helpinginjured.com | */s/ Wystan M. Ackerman*<br>Wystan M. Ackerman (BBO# 651086)<br>Kevin P. Daly (BBO# 675644)<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103<br>Phone (860) 275-8200<br>kdaley@rc.com |

Dated: December 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was filed electronically on December 14, 2022, and will be served upon the attorney of record for each other party via the ECF system.

/s/ *Robert J. Hartigan*
Robert J. Hartigan